## HENRY B. BREVOORT *versus* WILLIAM HULL

JOURNAL ENTRIES (1815): *Journal 2:* (1) Return non est, continued
*p. 442; (2) attachment proceedings quashed *p. 485.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 25, c. 56; p. 25, c. 57.

## OLIVER WILLIAMS *versus* WILLIAM HULL

JOURNAL ENTRIES (1815): *Journal 2:* (1) Return non est, continued
*p. 442; (2) attachment proceedings quashed *p. 486.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 26, c. 59; p. 26, c. 60.

## BENJAMIN WOODWORTH *versus* ALBION T. CROW

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring body *p. 442;
(2) declaration filed *p. 448; (3) recognizance *p. 476; (4) cognovit,
judgment *p. 497; (5) surrender in discharge of bail *p. 503.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) decla-
ration; (4) promissory note.
*Office Docket*, MS p. 27, c. 62; p. 39-a, c. 36.